IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARINDER SINGH,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.
_____/

NO.  CIV.S-06-0994 GEB DAD PS

<u>FINDINGS AND RECOMMENDATIONS</u>

        By an order filed August 10, 2006, plaintiff was ordered to submit the appropriate filing fee within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The twenty-day period has now expired, and plaintiff has not paid the appropriate filing fee or otherwise responded to the court's order.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the

1

1  provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
2  served with these findings and recommendations, plaintiff may file
3  written objections with the court.  Such a document should be
4  captioned "Objections to Magistrate Judge's Findings and
5  Recommendations."  Plaintiff is advised that failure to file
6  objections within the specified time may waive the right to appeal
7  the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
8  Cir. 1991).

DATED: September 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.prose/singh0994.f&r

2